**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **SAPPHIRE CROSSING LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**QUOTIENT TECHNOLOGY INC.,**<br><br>Defendant. | C.A. No. 1:18-cv-01717-MN<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT QUOTIENT TECHNOLOGY INC.'S RULE 12(b)(6)
MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Defendant Quotient Technology Inc.'s ("Quotient") respectfully moves this Court to dismiss Plaintiff Sapphire Crossing LLC's Complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for failure to state a claim upon which relief can be granted.

The grounds for this motion are further set forth in Quotient's Opening Brief in Support of its Motion to Dismiss for Failure to State a Claim, which is being filed contemporaneously herewith.

2

| | |
|---|---|
| Dated: December 26, 2018 | Respectfully submitted,<br><br>FISH & RICHARDSON P.C.<br><br>By: /s/ Jeremy D. Anderson<br>Jeremy D. Anderson (# 4515)<br>222 Delaware Ave., 17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19801<br>(302) 652-5070 (Telephone)<br>(302) 652-0607 (Facsimile)<br>janderson@fr.com<br><br>Neil J. McNabnay<br>Ricardo Bonilla<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201<br>(214) 747-5070 (Telephone)<br>(214) 747-2091 (Facsimile)<br>mcnabnay@fr.com<br>rbonilla@fr.com<br><br>**COUNSEL FOR DEFENDANT<br>QUOTIENT TECHNOLOGY INC.** |