# Exhibit 2

## Claim Chart for Quotient Technology Inc.
### U.S. Pat. No. 6,891,633

| Claim | Coupons.com App (The accused instrumentality) |
|---|---|
| 19. A method for transferring information from a first medium, the method comprising the steps of: | As shown below, the accused product comprises a method of transferring information from a first medium (e.g. transferring information on a physical receipt into a digital system).<br><br><br><br>https://www.youtube.com/watch?v=pry8giuS628 |

**Claim Chart for Quotient Technology Inc.**
U.S. Pat. No. 6,891,633



https://www.youtube.com/watch?v=pry8giuS628

**Claim Chart for Quotient Technology Inc.**
<u>U.S. Pat. No. 6,891,633</u>



https://www.youtube.com/watch?v=pry8giuS628

**Claim Chart for Quotient Technology Inc.**
<u>U.S. Pat. No. 6,891,633</u>



https://www.youtube.com/watch?v=pry8giuS628

| | |
|---|---|
| providing an image transfer device having a | As shown below, the accused product utilizes an image transfer device (e.g. a smartphone with the Coupons.com Application installed) having a scanner (e.g. a camera) for reading an image on a first medium (e.g. reading and capturing an image of a physical receipt). |

**Claim Chart for Quotient Technology Inc.**
<u>U.S. Pat. No. 6,891,633</u>

| | |
|---|---|
| scanner for reading an image on a first medium; | <br><br>https://www.youtube.com/watch?v=pry8giuS628 |
| reading the image on the | As shown below, the accused product reads the image on the first medium (e.g. an image of a receipt that is present on physical paper) with a scanner (e.g. a smartphone camera). |

**Claim Chart for Quotient Technology Inc.**
<u>U.S. Pat. No. 6,891,633</u>

| | |
|---|---|
| first medium with a scanner; | <br><br>https://www.youtube.com/watch?v=pry8giuS628 |
| automatically uploading the | On information and belief, the accused product automatically uploads electronic data including at least a portion of an image transfer menu to be displayed by the image transfer device to the transfer device (e.g. during the |

**Claim Chart for Quotient Technology Inc.**
<u>U.S. Pat. No. 6,891,633</u>

| electronic data including at least a portion of an image transfer menu to be displayed by the image transfer device to the transfer device from a computer connected to the transfer device; | process of uploading a receipt, menus will be sent to the user's device which allow the user to view different offers and select those offers corresponding to the receipt they wish to upload) from a computer connected to the transfer device (e.g. a Coupons.com server that sends offer information to a user's smartphone via the internet).  https://www.youtube.com/watch?v=pry8giuS628 |
|---|---|

**Claim Chart for Quotient Technology Inc.**
U.S. Pat. No. 6,891,633



https://www.youtube.com/watch?v=pry8giuS628

**Claim Chart for Quotient Technology Inc.**
U.S. Pat. No. 6,891,633

| | |
|---|---|
| with a processor of the image transfer device, automatically merging the electronic data with the image read by the scanner; and | On information and belief, the accused product utilizes a processor of the image transfer device (e.g. the processor inherent in a user's smartphone) to automatically merge the electronic data (e.g. information regarding a user's offer selection) with the image read by the scanner (e.g. the captured image of a receipt). <br><br> As shown below, a user is able to view a multitude of offers and select those offers that correspond to a receipt they are uploaded. Based on this, the offers selected must be merged with the receipt before they are uploaded to the Coupons.com system for verification. |

**Claim Chart for Quotient Technology Inc.**
<u>U.S. Pat. No. 6,891,633</u>



https://www.youtube.com/watch?v=pry8giuS628

**Claim Chart for Quotient Technology Inc.**
U.S. Pat. No. 6,891,633



https://www.youtube.com/watch?v=pry8giuS628

**Claim Chart for Quotient Technology Inc.**
<u>U.S. Pat. No. 6,891,633</u>



https://www.youtube.com/watch?v=pry8giuS628

**Claim Chart for Quotient Technology Inc.**
U.S. Pat. No. 6,891,633



https://www.youtube.com/watch?v=pry8giuS628

**Claim Chart for Quotient Technology Inc.**
U.S. Pat. No. 6,891,633



https://www.youtube.com/watch?v=pry8giuS628

**Claim Chart for Quotient Technology Inc.**
<u>U.S. Pat. No. 6,891,633</u>



https://www.youtube.com/watch?v=pry8giuS628

| | |
|---|---|
| transferring the merged image by the transfer | On information and belief, the accused product transfers the merged image (e.g. an image of a receipt merged with offer selections made by a user) to a second medium (e.g. a digital medium suitable for transfer of image and offer related data via the internet to a server). |

**Claim Chart for Quotient Technology Inc.**
<u>U.S. Pat. No. 6,891,633</u>

| device to a second medium. | <br>https://www.youtube.com/watch?v=pry8giuS628 |
| --- | --- |

**Claim Chart for Quotient Technology Inc.**
<u>U.S. Pat. No. 6,891,633</u>



https://www.youtube.com/watch?v=pry8giuS628

**Claim Chart for Quotient Technology Inc.**
U.S. Pat. No. 6,891,633



https://www.youtube.com/watch?v=pry8giuS628

**Claim Chart for Quotient Technology Inc.**
<u>U.S. Pat. No. 6,891,633</u>



https://www.youtube.com/watch?v=pry8giuS628

**Claim Chart for Quotient Technology Inc.**
<u>U.S. Pat. No. 6,891,633</u>



https://www.youtube.com/watch?v=pry8giuS628

| | |
|---|---|
| 20. A method in accordance with claim 19, wherein the electronic data uploaded from | On information and belief, the electronic data uploaded (e.g. offer information) from the computer (e.g. a Coupons.com server) to the image transfer device (e.g. a user's smartphone with the Coupons.com Application installed) stays with the image transfer device after the computer is disconnected from the image transfer device (e.g. offer selected by a user can be seen in the My Coupons tab even after the smartphone has been disconnected from the Coupons.com server following a receipt upload, in the alternative, offer information is also likely |

**Claim Chart for Quotient Technology Inc.**
<u>U.S. Pat. No. 6,891,633</u>

| | |
|---|---|
| the computer to the image transfer device stays with the image transfer device after the computer is disconnected from the image transfer device. | temporarily stored in the smartphone's cache so that a constant connection to the server is not required during the receipt upload process).<br><br><br><br>https://www.youtube.com/watch?v=pry8giuS628 |