# Exhibit A

**Summary of Qualifications**

- Accomplished senior digital executive with extensive experience leading web initiatives and leading the strategy and development of digital applications.
- Passion for data and analytics.  Certified Partner with Adobe and Google.
- Experience in mobile and social technologies development.
- Innovative thinker that looks to understand how emerging technologies can be leveraged within the right business context.
- Over ten years' combined technical project experience and marketing.
- Proven leader and team player who can deliver at every phase of the project life cycle
- Demonstrated talent for interacting with clients and forging strong relationships within an organization.
- In-depth knowledge in marketing platforms.
- Unique ability to manage and direct complex technical projects while communicating the activity and results in clear nontechnical terms.

**Core Strengths**

- Analytics: Google Analytics, Web Trends, Omniture SiteCatalyst – Adobe Analytics
- Tagging Platforms: Ensighten, Google Tag Management,  Adobe Dynamic Tag Management
- Mobile App and site development:  IOS, Android, PhoneGap, HTML5.
- Proficient in E-commerce, shopping carts, ecommerce platforms: iStore, ATG, Weblogic, Magento, Search engine optimization, content management, website design and development
- B2C and B2B experience
- Marketing technology platforms
- Resource Management and Budgeting
- Project Management, Business Analysis, System Development Management
- Strategic Planning
- Web Technology: Java, JSP, Ajax, .Net Framework, J2EE Architecture, XML, XSL, UML, HTML5, CSS, JavaScript
- Communication platforms: ExactTarget, Customer marketing databases, Constant Contact

**Professional Experience**

Xcelacore – *Chicago, Illinois*                                                                                          **September 2014 - present**

*Founder and Partne*

At Xcelacore, a technology solutions provider, I am responsible for building the over Xcelacore practice. With the client portfolio that includes Great Wolf Lodge, UCLA, Northwestern Hospital, etc., I work with senior leadership to provide strategic technology and marketing direction and manage execution via on-shore as well as off-shore teams.

DigitasLbi – *Chicago, Illinois*                                                                                          **November 2013 – July 2014**

**Director, Technology Strategy**
- Led onshore and offshore teams to deliver multiple mobile and web projects for client. Total number of projects for the year range from thirty to forty projects of various sizes.
- Changed various processes to help team to be more agile in delivery.
- Built an optimized onshore-offshore model of delivery.



# Mansoor Anjarwala

- Managed the relationships between client vendors, client IT staff and internal key stakeholders for key technology issues.
- Built relationships with account, creative and integrated production to create and deliver innovation and value.
- Delivered the planning and scoping of technical components of all projects.
- Placed individuals in right roles to succeed and grow in their career.
- Advocate for tools and processes for collaboration between teams, Trello, Skype, Jira and Confluence.
- Stay abreast of trends in mobile, social and web technologies.

Coventry Healthcare – *Chicago, Illinois*                                  **November 2010 – October 2013**

***Senior Manager of Applications Development, Online Account Management, Mobile and* Social technologies**
- Delivered company first healthcare mobile application with features such as ID card, find a doctor, my health record.  Application built on PhoneGap, leveraging HTML5, JQueryMobile with data provided by service layer.
- Managed the development of a communication platform that allowed individuals to opt-in / opt-out of various paperless options as well email preferences.
- Planned work based on hybrid of waterfall and agile methodologies.
- Created monthly metrics for business on performance of applications.
- Partnered with business to plan product delivery in manageable key phases / sprints.

*Senior Manager,  US Marketing*   - December 2007-June 2010
- Promoted to position reporting to Senior Vice-President of US Marketing to manage the presence of company on the Internet and direct the development of marketing Internet strategies both internally and externally working together with the business units.
- Managed eCommerce vendors responsible for outsourced web development activities including onsite / offshore resources.
- Negotiate project priorities and allocation of funds for projects between shared services and various business units.
- Research and analyze interactive marketing trends to provide expertise and guidance on implementing various digital projects.
- Provide senior management with monthly web statistics including analysis on website(s) trends using Google Analytics and internal data warehouse applications.
- Oversee shared marketing applications supporting sales; catalog reviews and various other marketing applications.

*Manager, eCommerce Technology*, **IT -** July 2004 – December 2007
- Delivered a highly visible complex web migration that converted existing transactional web sites from ATG platform to Oracle's iStore
- Led technical team in delivery of projects based on various platforms including ATG and .Net.



# Mansoor Anjarwala

- Managed the day-to-day running of transactional websites that produced approximately 8 million dollars in yearly total sales. Consistently maintained GP of 60%. Web sales up 23% percent within one-year time period.
- Coordinated with brand and product managers to plan and implement all web initiatives including manage product catalog, item availability, pricing and overall retail content presented to the consumer.
- Collaborated with web designers to display consistent and rich content on all GBC websites.
- Provided monthly sales reports to senior management outlining details of web sales from each month.

*eCommerce Lead Analyst -* August 2003-July 2004

Selected by top manufacturer of office products to lead the development, release and maintenance of company's web assets that support company's eCommerce strategy.

Accenture LTD – *Chicago, Illinois*                                            **February 2001 – August 2003**

*Consultant*
Selected by Accenture to assume various roles throughout the entire project life cycle. Met with clients to gather requirements, document requirements and create design specifications and other project documents. Iteratively developed and tested code to meet client needs.

Cambridge Technology Partners – *Chicago, Illinois*                    **September 1999 – January 2000**

*E-Solutions Consultant*
Chosen by technology consulting company specializing in delivering web-based products to design, develop and test software. Worked with end-users to develop use cases, create object models based on use cases and create other design documents. Built and unit tested code, created test scripts and maintained necessary internal documentation.

**Education**

DePaul University – *Chicago, Illinois*                                                                    **2002**
*Master of Computer Science in Information Systems*
*Grade Point Average: 3.6*

DePaul University – *Chicago, Illinois*                                                                    **1996**
*Bachelor of Arts and Sciences Political Science*
Grade Point Average: 3.4

3