### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Sapphire Crossing LLC,**<br>　　　　Plaintiff,<br>v.<br>**Quotient Technology, Inc.**<br>　　　　Defendant. | 1:18-cv-01717-MN-CJB (LEAD) |
| **Sapphire Crossing LLC,**<br>　　　　Plaintiff,<br>v.<br>**Robinhood Markets, Inc.**<br>　　　　Defendant. | 1:19-cv-01402-MN-CJB |

### DEFENDANT'S MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, defendant Robinhood Markets, Inc. hereby moves to dismiss the First Amended Complaint filed by Sapphire Crossing, LLC (D.I. 109) for failure to state a plausible claim for relief.  The reasons for this Motion are set forth in the accompanying brief in support, which is incorporated herein by reference.

|  |  |
|---|---|
| Dated: July 31, 2020 | Respectfully submitted, |
|  | MORGAN, LEWIS & BOCKIUS LLP |
|  | /s/ *Amy M. Dudash* |
| Jason C. White (admitted *pro hac vice*) | Amy M. Dudash (DE Bar No. 5741) |
| Scott D. Sherwin (admitted *pro hac vice*) | Morgan, Lewis & Bockius LLP |
| Brittany A. Washington (*pro hac vice* pending) | The Nemours Building |
| 77 West Wacker Drive, Sixth Floor | 1007 North Orange Street, Suite 501 |
| Chicago, IL 60601 | Wilmington, Delaware 19801 |
| Telephone: 312.324.1000 | Telephone: 302.574.3000 |
| jason.white@morganlewis.com | amy.dudash@morganlewis.com |
| scott.sherwin@morganlewis.com |  |
| brittany.washington@morganlewis.com | *Attorneys for Defendant Robinhood Markets, Inc.* |